Michael P. Lehmann (77152, mlehmann@cmht.com)
**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**
One Embarcadero Center
Suite 2440
San Franciso, CA 94111
T: (415) 986-3321
F: (415) 986-3643

*Attorneys for Plaintiff Monikraft, Inc.*

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONIKRAFT, INC., individually and on behalf of a class of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHUNGHWA PICTURE TUBES, LTD., CHUNGHWA PICTURE TUBES (MALAYSIA) SDN. BHD., HITACHI, LTD., HITACHI AMERICA, LTD., HITACHI ASIA, LTD., IRICO GROUP CORP., IRICO DISPLAY DEVICES CO., LTD., LG ELECTRONICS, INC., MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., PANASONIC CORPORATION OF NORTH AMERICA, ORION ELECTRIC CO., LTD., ORION AMERICA, INC., KONINKLIJKE PHILIPS ELECTRONICS N.V., PHILIPS ELECTRONICS NORTH AMERICAN, SAMSUNG SDI CO., LTD., SAMSUNG SDI AMERICA, INC., SAMTEL COLOR, LTD., THAI CRT COMPANY, LTD., TOSHIBA CORPORATION, BEIJING-MATSUSHITA COLOR CRT COMPANY, LTD., AND LP DISPLAYS INTERNATIONAL, LTD.<br><br>Defendants. | Case No.<br><br>**NOTICE OF RELATED CASES**<br><br>Local Rule 3-12 |

1  TO THE COURT AND ALL PARTIES:

Pursuant to Local Rule 3-12, Plaintiff MoniKraft, Inc. gives notice that this action is related to: *Juetten v. Chunghwa Picture Tubes, Ltd.*, No. 3:07-cv-06225 JL; *Hawel v. Chunghwa Picture Tubes, Ltd.* No. 3:07-cv-06279 EMC; *Caldwell v. Matsushita Elec. Indus. Co., Ltd.*, No. 3:07-cv-06303 SC; *Figone v. LG Electronics, Inc.*, No. 3:07-cv-06331 MMC; *Crago v. Chunghwa Picture Tubes, Ltd.*, No. 3:07-cv-5944 SC; and *Nathan Mutchnik, Inc., v. Chunghwa Picture Tubes, Ltd.*, No. 3:07-cv-05981 SC. All of these actions use the same analyses, and involve the same subject matter of price fixing cathode ray tube products. In addition, all of the actions involve similar questions of fact and the same question of law such that their assignment to the same judge is likely to effect a substantial savings of judicial effort. All of the actions concern the same conduct by the defendant which, as set forth in the complaints in each action, constituted a violation of the Sherman Act for price fixing cathode ray tube products. Assignment of the actions to a single judge is likely to effect a savings of judicial effort and other economies because the same issues of fact and law will be presented in all of the actions.

Dated: December 21, 2007

COHEN MILSTEIN HAUSFELD & TOLL, P.L.L.C.

By: /s/ Michael P. Lehmann

Michael P. Lehmann
COHEN MILSTEIN HAUSFELD & TOLL, P.L.L.C.
One Embarcadero Center
Suite 2440
San Francisco, CA 94111
Tel: (415) 986-3321
Fax: (415) 986-3643

Michael D. Hausfeld
COHEN MILSTEIN HAUSFELD & TOLL, P.L.L.C.
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
Tel: (202) 408-4600
Fax: (202) 408-4699

COHEN, MILSTEIN, HAUSFELD & TOLL P.L.L.C.
ATTORNEYS AT LAW
WASHINGTON

NOTICE OF RELATED CASES    -2-

Robert Eisler
Sharon K. Robertson
**COHEN MILSTEIN HAUSFELD & TOLL, P.L.L.C.**
150 E. 52nd Street, 30th Floor
New York, NY 10022
Tel: (212) 838-7797
Fax: (212) 838-7745

Michael D. Shaffer
**SHAFFER & GAIER, LLP**
One Penn Center
1617 JFK Boulevard, Suite 946
Philadelphia, PA 19103
Tel: (215) 751-0100
Fax: (215) 751-0723

Allan Steyer
**STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP**
One California Street, Third Floor
San Francisco, CA 94104
Tel: (415) 421-3400
Fax: (415) 421-2234

Natalie Finkelman-Bennett
**SHEPHERD, FINKELMAN, MILLER & SHAH, LLC**
35 East State Street
Media, Pennsylvania 19063
Tel: (610) 891-9880
Fax: (610) 891-9883

Roberta Liebenberg
**FINE, KAPLAN AND BLACK**
1835 Market Street, 28th Floor
Philadelphia, PA 19103
Tel: (215) 567-6565
Fax: (215) 568-5872

*Attorneys for Plaintiff*