1  DANIEL E. ALBERTI (68620)
   dalberti@mwe.com
2  **McDERMOTT WILL & EMERY LLP**
   3150 Porter Drive
3  Palo Alto, CA 94304-1212
   Tel: (650) 813-5019
4  Fax: (650) 813-5100

5  Attorneys for Defendant
   SAMTEL COLOR, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MONIKRAFT, INC., individually and on behalf of a class of all those similarly situated<br><br>Plaintiff,<br><br>v.<br><br>CHUNGHWA PICTURE TUBES, LTD., CHUNGHWA PICTURE TUBES (MALAYSIA) SDN.BHD, HITACHI, LTD., HITACHI AMERICA, LTD., HITACHI ASIA, LTD., IRICO GROUP CORP., IRICO DISPLAY DEVICES CO., LTD., LG ELECTRONICS, INC., MATSUHITA ELECTRIC INDUSTRIAL CO., LTD., PANASONIC CORPORATION OF NORTH AMERICA, ORION ELECTRIC CO. LTD., ORION AMERICA, INC., KONINKLIJKE PHILIPS ELECTRONICS N.V., PHILIPS ELECTRONICS NORTH AMERICA, SAMSUNG SDI CO., LTD., SAMSUNG SDI AMERICA, INC., SAMTEL COLOR, LTD., THAI CRT COMPANY, LTD., TOSHIBA CORPORATION, BEIJING-MATSUSHITA COLOR CRT COMPANY, LTD., LP DISPLAYS INTERNATIONAL, LTD.<br><br>Defendants. | CASE NO. 3:07-cv-06433-SC<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT SAMTEL COLOR, LTD. TO FILE RESPONSIVE PLEADING TO INITIAL COMPLAINT** |

1   WHEREAS Plaintiff Monikraft, Inc. ("Plaintiff") filed a complaint in the above-captioned
2   case on or about December 21, 2007.

3   WHEREAS Plaintiff alleges antitrust violations by manufacturers, distributors, and sellers
4   of Cathode-Ray Tubes and products containing Cathode-Ray Tubes (collectively, "CRT
5   products");

6   WHEREAS more than ten complaints have been filed to date in federal district courts
7   throughout the United States by plaintiffs purporting to bring class actions on behalf of direct and
8   indirect purchasers alleging antitrust violations by manufacturers and sellers of CRT products
9   (collectively, "the CRT Cases");

10  WHEREAS a motion is pending before the Judicial Panel on Multidistrict Litigation to
11  transfer the CRT cases to this jurisdiction for coordinated and consolidated pre-trial proceedings
12  pursuant to 28 U.S.C. § 1407.  A response to the motion has been filed, and the parties anticipate
13  that additional responses will be filed by plaintiffs and various defendants;

14  WHEREAS the Judicial Panel on Multidistrict Litigation hearing has been scheduled for
15  January 30, 2008.

16  WHEREAS Plaintiff anticipates the possibility of Consolidated Amended Complaints in
17  the CRT Cases;

18  WHEREAS Plaintiff and Defendant Samtel Color, Ltd. ("Samtel") have agreed that an
19  orderly schedule for any response to the pleadings in the CRT Cases would be more efficient for
20  the parties and for the Court;

21  WHEREAS Plaintiff agrees that deadline for Samtel to answer, move, or otherwise
22  respond to the Complaint shall be extended until the earliest of the following dates: (1) forty-five
23  days after the filing of a Consolidated Amended Complaint in the CRT Cases; or (2) forty-five
24  days after Plaintiff provides written notice to Samtel that Plaintiff does not intend to file a
25  Consolidated Amended Complaint, provided however, that in the event that Samtel should agree
26  to an earlier response date in any CRT case, Samtel will respond to the Complaint in the above-
27  captioned action on that earlier date.

28

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
PALO ALTO

**STIPULATION TO EXTEND TIME FOR DEFENDANT SAMTEL COLOR, LTD. TO FILE RESPONSIVE PLEADING TO INITIAL COMPLAINT** - 2 -   **CASE NO. 3:07-CV-06433-SC**

WHEREAS this Stipulation does not constitute a waiver by Samtel of any defense, including but not limited to the defenses of lack of personal jurisdiction, lack of subject matter jurisdiction, improper venue, insufficiency of process or improper service of process;

THEREFORE, PLAINTIFF AND DEFENDANT SAMTEL, PURSUANT TO LOCAL RULE 6-1(a), BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

1. The deadline for Samtel to answer, move or otherwise respond to the complaint shall be extended until the earliest of the following dates: (1) forty-five days after the filing of a Consolidated Amended Complaint in the CRT Cases; or (2) forty-five days after Plaintiff provides written notice to Samtel that Plaintiff does not intend to file a Consolidated Amended Complaint, provided however, that in the event that Samtel should agree to an earlier response date in any CRT case, Samtel will respond to the Complaint in the above-captioned action on that earlier date.

2. This Stipulation does not constitute a waiver by Samtel of any defenses, including but not limited to the defenses of lack of personal jurisdiction, subject matter jurisdiction, improper venue, sufficiency of process or service of process.

IT IS SO STIPULATED

Dated: January 16, 2008                COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.



By:   /s/ Michael P. Lehmann
      Michael P. Lehmann

      Attorneys for Plaintiff
      MONIKRAFT, INC.

**STIPULATION TO EXTEND TIME FOR DEFENDANT SAMTEL COLOR, LTD. TO FILE RESPONSIVE PLEADING TO INITIAL COMPLAINT**     - 3 -     CASE NO. **3:07-CV-06433-SC**

| | | |
|---|---|---|
| Dated: January 16, 2008 | | McDERMOTT WILL & EMERY LLP |
| | By: | /s/ Daniel E. Alberti |
| | | Daniel E. Alberti |
| | | Attorneys for Defendant SAMTEL COLOR, LTD. |

**DECLARATION RE: SIGNATURE PURSUANT TO GENERAL ORDER 45 § X**

I, Daniel E. Alberti, declare as follows:

1. I am an attorney at the law firm of McDermott Will & Emery LLP, counsel of record for Defendant Samtel Color, Ltd., in the above-captioned action. I am a member of good standing of the State Bar of California and am admitted to practice in the United States District Court for the Northern District of California. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. I attest that the electronic signature of Michael P. Lehmann, counsel of record for Plaintiff, Monikraft, Inc., appearing in the signature block of the **STIPULATION TO EXTEND TIME FOR DEFENDANT SAMTEL COLOR, LTD. TO FILE RESPONSIVE PLEADING TO INITIAL COMPLAINT**, is the signature of Michael P. Lehmann, and that I have been authorized to file the **STIPULATION TO EXTEND TIME FOR DEFENDANT SAMTEL COLOR, LTD. TO FILE RESPONSIVE PLEADING TO INITIAL COMPLAINT**, on his behalf**.**

Executed on the 16th day of January, 2008 at Palo Alto, California. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

/s/ Daniel E. Alberti

MPK 137452-1.009900.0011